UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA          )
                                  )     Case No. 1:12-cr-54
                                  )
v.                                )
                                  )     MATTICE / LEE
REGINALD HARRIS                    )

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count Four of the four-count
Indictment; (2) accept Defendant's plea of guilty to Count Four of the Indictment; (3) adjudicate
Defendant guilty of the charges set forth in Count Four of the Indictment; (4) defer a decision on
whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in
custody until sentencing in this matter [Doc. 31]. Neither party filed a timely objection to the report
and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report
and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's
report and recommendation [Doc. 31] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count Four of the Indictment
        is **GRANTED**;

(2)     Defendant's plea of guilty to Count Four of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Four of the
        Indictment;

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;
        and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Monday, August 5, 2013 at 9:00 a.m. [EASTERN]** before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

_____*/s/Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE